

PD-0019-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/13/2015 11:24:40 AM
Accepted 10/13/2015 11:31:43 AM
ABEL ACOSTA
CLERK

October 13, 2015

FILED IN
COURT OF CRIMINAL APPEALS

October 13, 2015

ABEL ACOSTA, CLERK

*By Efiling*

Abel Acosta
Clerk, Court of Criminal Appeals
Post Office Box 12308, Capitol Station
Austin, Texas 78711

      RE:    State v. Albert G. Hill III
              PD-0019-15; PD-0020-15; PD-0021-15; PD-0022-15

Dear Mr. Acosta:

    I will appear to argue for the State of Texas on November 4, 2015, at 9:00 a.m.

                    Respectfully,

                    /s/Charles "Chad" Baruch

copies: Michael Mowla (michael@mowlalaw.com)
        Robert Udashen (rnu@sualaw.com)